

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2015

No. 04-15-00016-CV

Robert W. **EARDLEY**, et al,
Appellants

v.

**GAMBIT RESOURCES, ET AL.**,
Appellees

From the 293rd Judicial District Court, Dimmit County, Texas
Trial Court No. 13-09-12098-DCV
Honorable Cynthia L. Muniz, Judge Presiding

## O R D E R

Appellants have filed a notice stating that Appellee Gambit Resources, Inc. is in bankruptcy. The notice complies with Texas Rule of Appellate Procedure 8.1. *See* TEX. R. APP. P. 8.1. Accordingly, the appeal and all time periods are stayed from the date the bankruptcy petition was filed. *See* TEX. R. APP. P. 8.2.

We, therefore, ABATE this appeal. For administrative purposes, the appeal will be treated as a closed case unless and until it is reinstated or severed in accordance with Rule 8.3. *See* TEX. R. APP. P. 8.3.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court